AO91 (Rev. 12/03) Criminal Complaint                                                                     AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**           **CRIMINAL COMPLAINT**
              vs.

                                        Case Number: 7:18-po-05424

Diego NICOLAS-Gaspar
IAE
Guatemala 1989

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **June 05, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Diego NICOLAS-Gaspar was encountered by Border Patrol Agents near Hidalgo, Texas on June 5, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on June 5, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

                                        /S/ Shears-Jr, Cipriano  Border Patrol Agent
                                        Signature of Complainant

                                        Shears-Jr, Cipriano    Border Patrol Agent
                                        Printed Name of Complainant

Sworn to before me and signed in my presence,

June 06, 2018                                     at   McAllen, Texas
Date                                                   City/State

Peter E Ormsby          U.S. Magistrate Judge
Name of Judge           Title of Judge                 Signature of Judge